

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00268-CV

FREDRICK DEONE GOODEN                                   APPELLANT

V.

JASON W. SCHOLL, D.                                        APPELLEES
ALVORADO, D. PIAZZA, S. TRENT,
JAMES ANDERS, TRACI COOKE,
LINDA RICHEY, T.D.C.J.-CID, AND
RICK THALER

----------

### FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant attempts to appeal from the trial court's order dismissing his claims against Appellees as frivolous. We dismiss for want of jurisdiction.

---

[1]*See* Tex. R. App. P. 47.4.

On January 10, 2013, Appellant filed a petition against Appellees raising claims under the Texas Tort Claims Act. On March 26, 2013, the trial court dismissed Appellant's claims as frivolous. *See* Tex. Civ. Prac. & Rem. Code Ann. § 14.003 (West 2002). On August 1, 2013, Appellant filed a notice of appeal and a motion for an extension of time to file the notice. Appellant asserted that he did not receive notice of the trial court's dismissal until July 10, 2013.

Although we may extend the time to appeal from an appealable order in a civil case where the affected party did not receive timely notice, we may not extend the deadline more than ninety days after the date the order was signed. *See* Tex. R. App. P. 4.2(a)(1); *see also* Tex. R. Civ. P. 306a(4). Appellant's motion and notice of appeal were filed more than ninety days after the trial court's dismissal order. Therefore, we deny Appellant's motion and dismiss this appeal. *See* Tex. R. App. P. 25.1(b), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: August 22, 2013

2